ELECTRONICALLY FILED
2022 Sep 21 PM 3:54
CLERK OF THE CLARK COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000008
PII COMPLIANT

Hugo Hernandez

vs.

Tesfay A Gebrewahd, et al. et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

> **Amazon Logistics Inc**
> **Corporation Service Company**
> **2900 Wanamaker Dr., Suite 204**
> **Topeka, KS  66614**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Melinda Young
> 1 E 30th Avenue
> PO Box 1405
> Hutchinson, KS 67504-1405

within 21 days after service of summons on you.



Clerk of the District Court

Electronically signed  on 09/21/2022 03:56:05 PM

**Documents to be served with the Summons:**
PLE: Amended Petition First Amended Petition

# EXHIBIT A

**MELINDA YOUNG LAW, LLC**
1 East 30th Avenue
PO Box 1405
Hutchinson, KS 67504-1405
(620) 500-5500
Fax (620) 500-5501

FILED THIS ___ DAY OF
_September_, 20 22
TIME 11:12 A.M./P.M.
_Marissa Cramer_
CLERK OF DISTRICT COURT
CLARK CO., KANSAS

### IN THE DISTRICT COURT OF CLARK COUNTY, KANSAS
### (Pursuant to K.S.A. Chapter 60)

| | |
|---|---|
| HUGO HERNANDEZ, )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>AMAZON.COM, INC., )<br>AMAZON.COM, LLC, )<br>AMAZON.COM SERVICES, INC., )<br>AMAZON.COM SERVICES LLC, )<br>AMAZON LOGISTICS, INC., )<br>MARROSSO EXPRESS, LLC, and )<br>TESFAY GEBREWAHD, )<br>Defendants. )  | Case No. 2021-CV-000008 |

### FIRST AMENDED PETITION

COMES NOW the Plaintiff, and for his causes of action against the above-named

Defendants, and in support thereof, states and alleges:

1. Plaintiff Hugo Hernandez is an individual and resident of the State of Kansas.

2. Defendant Amazon.com, Inc. is a Delaware corporation doing business in the state of

   Kansas and may be served with service of process by serving its registered agent

   Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

3. Defendant Amazon.com, LLC is a Delaware limited liability company doing business in

   the state of Kansas and may be served with service of process by serving its registered

   agent Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

# EXHIBIT A

4.  Defendant Amazon.com Services, Inc. is a Delaware corporation registered to do business in the state of Kansas any may be served with service of process by serving its registered agent Corporation Service Company, 2900 SW Wanamaker Drive, Suite 204, Topeka, KS 66614.

5.  Defendant Amazon.com Services LLC is a Delaware limited liability company registered to do business in the state of Kansas and may be served with service of process by serving its registered agent Corporation Service Company, 2900 SW Wanamaker Drive, Suite 204, Topeka, KS 66614.

6.  Defendant Amazon Logistics, Inc. is a Delaware corporation registered to do business in the state of Kansas and may be served with service of process by serving its registered agent Corporation Service Company, 2900 SW Wanamaker Drive, Suite 204, Topeka, KS 66614.

7.  Defendant Marrosso Express, LLC is a Texas limited liability company doing business in the state of Kansas and may be served with process by serving its registered agent Mussie H. Tecleryessuse at 15211 Preston Road, Apt. 1019, in Dallas, Texas 75248.

8.  Defendant Tesfay Gebrewahd is an individual and resident of the State of Florida and may be served with process at 7642 Old Kings Road, Jacksonville, Florida 32217.

9.  This court has subject matter jurisdiction over the cause of action, and personal jurisdiction over the parties.

10. Venue is proper in this county.

11. The acts of the Defendants set forth herein happened within the State of Kansas.

12. At all times material hereto, Defendants Amazon.com, Inc., Amazon.com, LLC, Amazon.com Services, Inc., Amazon.com Services LLC, and Amazon Logistics, Inc.

2

EXHIBIT A

(hereinafter collectively referred to as "Amazon") contracted with motor carriers for the transportation of Amazon freight.

13. At all times material hereto, Defendant Marrosso Express, LLC was a federal motor carrier and was contracted by Amazon to transport Amazon freight.

14. At all times material hereto, Defendant Tesfay Gebrewahd was a truck driver in the course and scope of his employment with Defendant Marrosso Express, LLC.

15. At all times material hereto, Defendant Gebrewahd was transporting a load from Thorton, Colorado to Oklahoma City, Oklahoma for Defendants Amazon and Marrosso Express.

16. At all times material hereto, Defendant Marrosso Express, LLC owned the tractor-trailer Defendant Gebrewahd was operating.

17. At all times material hereto, Defendant Gebrewahd was driving in excess of the safe hours of service.

18. At all times material hereto, Defendant Gebrewahd falsified his driving log.

19. On September 8, 2020 at approximately 8:35 a.m., Defendant Gebrewahd was traveling southbound on U-283 in Minneola, Kansas.

20. Defendant Gebrewahd negligently, recklessly, willfully, and with wanton disregard for the safety of others, ran the stop sign for southbound traffic on U-283 at the intersection with U-54.

21. Defendant Gebrewahd drove through the stop sign and crashed into a tractor-trailer lawfully traveling westbound on U-54 through the intersection.

22. The impact caused the tractor-trailer Defendant Gebrewahd hit to jack knife on U-54.

23. Plaintiff Hugo Hernandez was the driver of the tractor-trailer that was crashed into by Defendant Gebrewahd.

3

# EXHIBIT A

24. Plaintiff Hugo Hernandez sustained significant personal injuries as a result of the crash.

25. Defendant Gebrewahd was negligent in the operation of a motor vehicle and causing a collision.

26. Defendant Gebrewahd's conduct, in violation of statutory law, was negligence per se.

27. Defendants Amazon and Marrosso Express, LLC were negligent, grossly negligent, willful, wanton, and reckless in the following and other respects:

   A.  Violation of the Federal Motor Carrier Safety Regulations in one or more the following, or other, respects:

      1)  Operating in excess of safe hours-of service

      2)  Failing to keep proper records;

      3)  Failing to maintain equipment;

      4)  Failing to conduct a pre-trip inspection;

      5)  Failing to repair equipment;

      6)  Operating faulty equipment;

      7)  Driving without proper qualifications;

      8)  Operating in excess of weight limitations;

   B.  Negligent hiring and supervision.

   C.  Negligent entrustment.

28. Defendants Amazon and Marrosso Express, LLC are vicariously liable for the negligent, willful, wanton, reckless and unlawful actions of Defendant Gebrewahd under the doctrine of *respondeat superior.*

EXHIBIT A

29. Defendants Amazon are vicariously liable for the negligent, willful, wanton, reckless and unlawful actions of Defendant Marrosso Express, LLC under the doctrine of *respondeat superior*.

30. The negligence of Defendants was the proximate cause of the crash and resulting injuries and damages to the Plaintiff.

31. As a direct and proximate result of Defendants' negligence, Plaintiff has suffered, and will continue to suffer in the future, hospital, medical, and incidental expenses, lost wages, lost time, permanent injuries and disability, pain, suffering, and loss of enjoyment of life.

32. At all times material hereto, Plaintiff Hugo Hernandez was in the course and scope of his employment with Friessen Trucking and brings this claim for the benefit of his employer or its workers' compensation insurer as their interests appear.

WHEREFORE, Plaintiff prays for judgment against the Defendants in an amount in excess of $75,000.00, for costs of this action, and for such other and further relief as the Court deems just and equitable.

/s/ Melinda G. Young
Melinda G. Young, SC # 24309
**MELINDA YOUNG LAW, LLC**
1 East 30th Avenue
PO Box 1405
Hutchinson, KS 67504-1405
(620) 500-5500
Fax (620) 500-5501
melinda@melindayounglaw.com
Attorney for Plaintiff

5

**EXHIBIT A**

## REQUEST FOR JURY TRIAL

COMES NOW the Plaintiff, pursuant to applicable Kansas law, and respectfully makes

demand for trial by a jury of twelve persons of all issues herein joined.

/s/ Melinda G. Young
Melinda G. Young, SC # 24309
**MELINDA YOUNG LAW, LLC**
1 East 30th Avenue
PO Box 1405
Hutchinson, KS 67504-1405
(620) 500-5500
Fax (620) 500-5501
melinda@melindayounglaw.com
Attorney for Plaintiff

6

**EXHIBIT A**

Details

## Case Information

2021-CV-000008 | Hugo Hernandez vs. Tesfay A Gebrewahd, et al.

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| 2021-CV-000008 | Clark County | Stein, Andrew |
| File Date | Case Type | Case Status |
| 09/07/2021 | CV Automobile Tort | Pending |

## Party

Plaintiff
Hernandez, Hugo

Active Attorneys ▾

Lead Attorney
Young, Melinda Gail
Retained

Defendant
Gebrewahd, Tesfay A

DOB
XX/XX/1982

Defendant
Marrosso Express LLC

Defendant
Amazon.com Inc

EXHIBIT A

Defendant
Amazon.com LLC

Defendant
Amazon.com Services LLC

Defendant
Amazon.com Services Inc

Defendant
Amazon Logistics Inc

## Events and Hearings

09/07/2021 PLE: Petition ▼

Comment
Petition PLE: Petition

04/12/2022 ORD: Order (Generic) ▼

Comment
Notice of Case Inaction ORD: Order (Generic)

04/25/2022 MOT: Motion (Generic) ▼

Comment
Motion to Continue Action MOT: Motion (Generic)

08/15/2022 PLE: Summons ▼

Comment
Summons: Issued on 08/15/2022; to Tesfay A Gebrewahd on 08/15/2022.

EXHIBIT A

08/15/2022 PLE: Summons ▾

Comment
Summons: Issued on 08/15/2022; to Marrosso Express LLC on 08/15/2022.

08/24/2022 PLE: Summons - Alias ▾

Comment
Alias Summons PLE: Summons - Alias

08/26/2022 RET: Return of Service ▾

Comment
Summons returned/served RET: Return of Service

09/06/2022 PLE: Response - Answer ▾

Comment
Answer-Tesfay Gberewahd

09/07/2022 RET: Return of Service ▾

Comment
Return of service/served RET: Return of Service

09/08/2022 PLE: Amended Petition ▾

Comment
First Amended Petition

09/21/2022 PLE: Summons ▾

Amazon.com, LLC

Comment
Amazon.com, LLC

09/21/2022 PLE: Summons ▾

Amazon.com, Inc.

Comment
Amazon.com, Inc.

09/21/2022 PLE: Summons ▾

Amazon.com Services

Comment
Amazon.com Services

09/21/2022 PLE: Summons ▾

# EXHIBIT A

Amazon.com Services LLC

Comment
Amazon.com Services LLC

09/21/2022 PLE: Summons ▾

Amazon Logistics, Inc.

Comment
Amazon Logistics, Inc.

09/21/2022 Summons ▾

Requested By
Hernandez, Hugo

Served
09/27/2022

Anticipated Server
Attorney

Anticipated Method
Certified Mail

09/21/2022 Summons ▾

Requested By
Hernandez, Hugo

Served
09/27/2022

Anticipated Server
Attorney

Anticipated Method
Certified Mail

09/21/2022 Summons ▾

Requested By
Hernandez, Hugo

Served
09/27/2022

Anticipated Server
Attorney

Anticipated Method
Certified Mail

09/21/2022 Summons ▾

Requested By
Hernandez, Hugo

**EXHIBIT A**

Served
09/27/2022

Anticipated Server
Attorney

Anticipated Method
Certified Mail

09/21/2022 Summons ▾

Requested By
Hernandez, Hugo

Served
09/27/2022

Anticipated Server
Attorney

Anticipated Method
Certified Mail

10/03/2022 RET: Return of Service - Summons ▾

Amazon Logistics/served

Comment
Amazon Logistics/served

10/03/2022 RET: Return of Service - Summons ▾

Amazon.com Services LLC/served

Comment
Amazon.com Services LLC/served

10/03/2022 RET: Return of Service - Summons ▾

Amazon.com Services Inc./served

Comment
Amazon.com Services Inc./served

10/03/2022 RET: Return of Service - Summons ▾

Amazon.com LLC/served

Comment
Amazon.com LLC/served

10/03/2022 RET: Return of Service - Summons ▾

Amazon.com Inc/served

Comment
Amazon.com Inc/served



EXHIBIT A

10/05/2022 PLE: Summons - Alias ▾

Marosso Express, LLC

Comment
Marosso Express, LLC

10/05/2022 PLE: Summons - Alias ▾

Gebrewahd

Comment
Gebrewahd

10/05/2022 Alias Summons ▾

Requested By
Hernandez, Hugo

Unserved

Anticipated Server
Attorney

Anticipated Method
Certified Mail

10/05/2022 Alias Summons ▾

Requested By
Hernandez, Hugo

Unserved

Anticipated Server
Attorney

Anticipated Method
Certified Mail

## Financial

Hernandez, Hugo
    Total Financial Assessment    $195.00
    Total Payments and Credits    $195.00



EXHIBIT A

| 9/7/2021 | Transaction Assessment | | | $195.00 |
| 9/7/2021 | Case Payment | Receipt # 12865 | Young, Melinda Gail | ($195.00) |

## Documents

Amazon.com, LLC

Amazon.com, Inc.

Amazon.com Services

Amazon.com Services LLC

Amazon Logistics, Inc.

Amazon Logistics/served

Amazon.com Services LLC/served

Amazon.com Services Inc./served

Amazon.com LLC/served

Amazon.com Inc/served

Marosso Express, LLC

Gebrewahd

## EXHIBIT A

ELECTRONICALLY FILED
2022 Sep 21 PM 3:54
CLERK OF THE CLARK COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000008
PII COMPLIANT

Hugo Hernandez

vs.

Tesfay A Gebrewahd, et al. et. al.

**SUMMONS**


To the above-named Defendant/Respondent:

      **Amazon.com LLC**

      **Corporation Service Company**

      **251 Little Falls Dr**

      **Wilmington, DE  19808**


You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

      Melinda Young

      1 E 30th Avenue

      PO Box 1405

      Hutchinson, KS 67504-1405


within 30 days after service of summons on you.



Clerk of the District Court

Electronically signed  on 09/21/2022 03:56:05 PM


**Documents to be served with the Summons:**

PLE: Amended Petition First Amended Petition


EXHIBIT A

ELECTRONICALLY FILED
2022 Sep 21 PM 3:54
CLERK OF THE CLARK COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000008
PII COMPLIANT

Hugo Hernandez

vs.

Tesfay A Gebrewahd, et al. et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

> **Amazon.com Inc**
>
> **Corporation Service Company**
>
> **251 Little Falls Dr**
>
> **Wilmington, DE  19808**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Melinda Young
>
> 1 E 30th Avenue
>
> PO Box 1405
>
> Hutchinson, KS 67504-1405

within 30 days after service of summons on you.



Clerk of the District Court

Electronically signed  on 09/21/2022 03:56:05 PM

**Documents to be served with the Summons:**

PLE: Amended Petition First Amended Petition

EXHIBIT A

ELECTRONICALLY FILED
2022 Sep 21 PM 3:54
CLERK OF THE CLARK COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000008
PII COMPLIANT

Hugo Hernandez

vs.

Tesfay A Gebrewahd, et al. et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

**Amazon.com Services Inc**

**Corporation Service Company**

**2900 SW Wanamaker Dr, Suite 204**

**Topeka, KS  66614**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Melinda Young

1 E 30th Avenue

PO Box 1405

Hutchinson, KS 67504-1405

within 21 days after service of summons on you.



Clerk of the District Court

Electronically signed  on 09/21/2022 03:56:05 PM

**Documents to be served with the Summons:**

PLE: Amended Petition First Amended Petition

# EXHIBIT A

ELECTRONICALLY FILED
2022 Sep 21 PM 3:54
CLERK OF THE CLARK COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000008
PII COMPLIANT

Hugo Hernandez

vs.

Tesfay A Gebrewahd, et al. et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

       **Amazon.com Services LLC**

       **Corporation Service Company**

       **2900 SW Wanamker Dr, Suite 204**

       **Topeka, KS  66614**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

       Melinda Young

       1 E 30th Avenue

       PO Box 1405

       Hutchinson, KS 67504-1405

within 21 days after service of summons on you.



Clerk of the District Court

Electronically signed  on 09/21/2022 03:56:05 PM

**Documents to be served with the Summons:**

PLE: Amended Petition First Amended Petition

EXHIBIT A

ELECTRONICALLY FILED
2022 Sep 21 PM 3:54
CLERK OF THE CLARK COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000008
PII COMPLIANT

Hugo Hernandez

vs.

Tesfay A Gebrewahd, et al. et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

**Amazon Logistics Inc**

**Corporation Service Company**

**2900 Wanamaker Dr., Suite 204**

**Topeka, KS  66614**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Melinda Young

1 E 30th Avenue

PO Box 1405

Hutchinson, KS 67504-1405

within 21 days after service of summons on you.



Clerk of the District Court

Electronically signed  on 09/21/2022 03:56:05 PM

**Documents to be served with the Summons:**

PLE: Amended Petition First Amended Petition

# EXHIBIT A

ELECTRONICALLY FILED
2022 Oct 03 AM 9:49
CLERK OF THE CLARK COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000008
PII COMPLIANT

**MELINDA YOUNG LAW, LLC**
1 East 30th Avenue
PO Box 1405
Hutchinson, KS 67504-1405
Office: (620) 500-5500
Fax: (620) 500-5501

## IN THE DISTRICT COURT OF CLARK COUNTY, KANSAS
### (Pursuant to K.S.A. Chapter 60)

| | |
|---|---|
| HUGO HERNANDEZ, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2021-CV-000008 |
| ) | |
| AMAZON.COM, INC., ) | |
| AMAZON.COM, LLC, ) | |
| AMAZON.COM SERVICES, INC., ) | |
| AMAZON.COM SERVICES LLC, ) | |
| AMAZON LOGISTICS, INC., ) | |
| MARROSSO EXPRESS, LLC, and ) | |
| TESFAY GEBREWAHD, ) | |
| Defendants. ) | |
| _____ ) | |

## RETURN OF SERVICE

I hereby certify that I served a copy of this summons and a copy of the petition on **Amazon Logistics Inc, c/o Corporation Service Company** in the following manner:

___ (1) **Personal Service** - on the _____ day of _____, 2021, by delivering or offering to deliver the documents to the above-named person;

___ (2) **Residence Service** - on the _____ day of _____, _____, by leaving the documents at the dwelling or usual place of abode of the above-named person, with some person of suitable age and discretion who resides there;

___ (3) **Residence Service** - on the ___ day of _____, 2021, by leaving a copy of the documents at the dwelling or usual place of abode of the above-named person and mailing to that person by first-class mail a notice that the copy has been left at the individual's dwelling or place of abode;

## EXHIBIT A

  X   (4)   **Return Receipt Delivery** - by causing to be delivered on the  **26th**  day of **September, 2022**, the documents by return receipt delivery to the above-named person at the following address:  **2900 Wanamaker Dr., Suite 204, Topeka, Kansas 66614**. A copy of the return receipt evidencing delivery is attached to this Return of Service.

_____ (5)   **Return Receipt Delivery Refused** - by mailing on the _____ day of _____, 2021, the documents by first-class, postage prepaid, to the above-named person at the following address: _____.

_____ (6)   **Other Method of Service -**   (Describe other method of service allowed by law).

_____ (7)   **No Service**. The above-named person was not served for the following reason(s):

_____

Respectfully submitted,

/s/Melinda G. Young_____
Melinda G. Young, SC # 24309
**MELINDA YOUNG LAW, LLC**
1 East 30th Avenue
PO Box 1405
Hutchinson, KS 67504-1405
Office: (620) 500-5500
Fax: (620) 500-5501
melinda@melindayounglaw.com
Attorney for Plaintiff

2

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Amazon Logistics Inc**
**Corporation Service Company**
**2900 Wanamaker Dr., Suite 204**
**Topeka, KS 66614**

9590 9402 6604 1028 8515 44

2. Article Number *(Transfer from service label)*

7021 1970 0002 1096 3293

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt

EXHIBIT A

ELECTRONICALLY FILED
2022 Oct 03 AM 9:49
CLERK OF THE CLARK COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000008
PII COMPLIANT

**MELINDA YOUNG LAW, LLC**
1 East 30th Avenue
PO Box 1405
Hutchinson, KS 67504-1405
Office: (620) 500-5500
Fax: (620) 500-5501

### IN THE DISTRICT COURT OF CLARK COUNTY, KANSAS
### (Pursuant to K.S.A. Chapter 60)

| | |
|---|---|
| HUGO HERNANDEZ, )<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>AMAZON.COM, INC., )<br>AMAZON.COM, LLC, )<br>AMAZON.COM SERVICES, INC., )<br>AMAZON.COM SERVICES LLC, )<br>AMAZON LOGISTICS, INC., )<br>MARROSSO EXPRESS, LLC, and )<br>TESFAY GEBREWAHD, )<br>        Defendants. )<br>——————————————————) | Case No. 2021-CV-000008 |

### RETURN OF SERVICE

I hereby certify that I served a copy of this summons and a copy of the petition on  **Amazon.com Services LLC, c/o Corporation Service Company** in the following manner:

_____ (1)  **Personal Service** - on the _____ day of _____, 2021, by delivering or offering to deliver the documents to the above-named person;

_____ (2)  **Residence Service** - on the _____ day of _____, _____, by leaving the documents at the dwelling or usual place of abode of the above-named person, with some person of suitable age and discretion who resides there;

_____ (3)  **Residence Service** - on the ___ day of _____, 2021, by leaving a copy of the documents at the dwelling or usual place of abode of the above-named person and mailing to that person by first-class mail a notice that the copy has been left at the individual's dwelling or place of abode;

## EXHIBIT A

 __X__  (4)   **Return Receipt Delivery** - by causing to be delivered on the  __26th__  day of **September, 2022**, the documents by return receipt delivery to the above-named person at the following address:  **2900 Wanamaker Dr., Suite 204, Topeka, Kansas 66614**. A copy of the  return receipt evidencing delivery is attached to this Return of Service.

 ____  (5)   **Return Receipt Delivery Refused** - by mailing on the ____ day of _____, 2021, the documents by first-class, postage prepaid, to the above-named person at the following address: _____.

 ____  (6)   **Other Method of Service -**   (Describe other method of service allowed by law).

 ____  (7)   **No Service**.  The above-named person was not served for the following reason(s): _____

Respectfully submitted,

/s/Melinda G. Young_____
Melinda G. Young, SC # 24309
**MELINDA YOUNG LAW, LLC**
1 East 30th Avenue
PO Box 1405
Hutchinson, KS 67504-1405
Office: (620) 500-5500
Fax: (620) 500-5501
melinda@melindayounglaw.com
Attorney for Plaintiff

2

EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **Amazon.com Services LLC**
   **Corporation Service Company**
   **2900 SW Wanamker Dr, Suite 204**
   **Topeka, KS 66614**

   9590 9402 6604 1028 8515 37

2. Article Number *(Transfer from service label)*

   7021 1970 0002 1096 3286

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   ☐ Agent
   ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
   aSSandraLegach     9-26-22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

**EXHIBIT A**

ELECTRONICALLY FILED
2022 Oct 03 AM 9:49
CLERK OF THE CLARK COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000008
PII COMPLIANT

**MELINDA YOUNG LAW, LLC**
1 East 30th Avenue
PO Box 1405
Hutchinson, KS 67504-1405
Office: (620) 500-5500
Fax: (620) 500-5501

## IN THE DISTRICT COURT OF CLARK COUNTY, KANSAS
### (Pursuant to K.S.A. Chapter 60)

| | |
|---|---|
| HUGO HERNANDEZ, )<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>AMAZON.COM, INC., )<br>AMAZON.COM, LLC, )<br>AMAZON.COM SERVICES, INC., )<br>AMAZON.COM SERVICES LLC, )<br>AMAZON LOGISTICS, INC., )<br>MARROSSO EXPRESS, LLC, and )<br>TESFAY GEBREWAHD, )<br>        Defendants. )<br>_____ ) | Case No. 2021-CV-000008 |

## RETURN OF SERVICE

I hereby certify that I served a copy of this summons and a copy of the petition on  **Amazon.com**

**Services Inc, c/o Corporation Service Company** in the following manner:

____    (1)    **Personal Service** - on the _____ day of _____, 2021, by delivering or offering to deliver the documents to the above-named person;

____    (2)    **Residence Service** - on the _____ day of _____, _____, by leaving the documents at the dwelling or usual place of abode of the above-named person, with some person of suitable age and discretion who resides there;

____    (3)    **Residence Service** - on the ___ day of _____, 2021, by leaving a copy of the documents at the dwelling or usual place of abode of the above-named person and mailing to that person by first-class mail a notice that the copy has been left at the individual's dwelling or place of abode;

## EXHIBIT A

  X   (4)    **Return Receipt Delivery** - by causing to be delivered on the **26th** day of **September, 2022**, the documents by return receipt delivery to the above-named person at the following address: **2900 Wanamaker Dr., Suite 204, Topeka, Kansas 66614**. A copy of the return receipt evidencing delivery is attached to this Return of Service.

\_\_\_\_   (5)    **Return Receipt Delivery Refused** - by mailing on the \_\_\_\_ day of _____, 2021, the documents by first-class, postage prepaid, to the above-named person at the following address: _____.

\_\_\_\_   (6)    **Other Method of Service -**   (Describe other method of service allowed by law).

\_\_\_\_   (7)    **No Service**.  The above-named person was not served for the following reason(s): _____

Respectfully submitted,

/s/Melinda G. Young
Melinda G. Young, SC # 24309
**MELINDA YOUNG LAW, LLC**
1 East 30th Avenue
PO Box 1405
Hutchinson, KS 67504-1405
Office: (620) 500-5500
Fax: (620) 500-5501
melinda@melindayounglaw.com
Attorney for Plaintiff

2

EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Amazon.com Services Inc**
**Corporation Service Company**
**2900 SW Wanamaker Dr, Suite 204**
**Topeka, KS 66614**

9590 9402 6604 1028 8515 20

7021 1970 0002 1096 3279

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Cassandra Cayton   1-26-22

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**EXHIBIT A**

ELECTRONICALLY FILED
2022 Oct 03 AM 10:52
CLERK OF THE CLARK COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000008
PII COMPLIANT

**MELINDA YOUNG LAW, LLC**
1 East 30th Avenue
PO Box 1405
Hutchinson, KS 67504-1405
Office: (620) 500-5500
Fax: (620) 500-5501

## IN THE DISTRICT COURT OF CLARK COUNTY, KANSAS
### (Pursuant to K.S.A. Chapter 60)

| | |
|---|---|
| HUGO HERNANDEZ,  )<br>　　　　Plaintiff,　)<br>　　　　　　　　　　)<br>vs.　　　　　　　　　)<br>　　　　　　　　　　)<br>AMAZON.COM, INC.,　)<br>AMAZON.COM, LLC,　)<br>AMAZON.COM SERVICES, INC.,　)<br>AMAZON.COM SERVICES LLC,　)<br>AMAZON LOGISTICS, INC.,　)<br>MARROSSO EXPRESS, LLC, and　)<br>TESFAY GEBREWAHD,　)<br>　　　　Defendants.　)<br>_____ ) | Case No. 2021-CV-000008 |

## RETURN OF SERVICE

I hereby certify that I served a copy of this summons and a copy of the petition on **Amazon.com LLC, c/o Corporation Service Company** in the following manner:

_____ (1)  **Personal Service** - on the _____ day of _____, 2021, by delivering or offering to deliver the documents to the above-named person;

__✓__ (2)  **Residence Service** - on the _____ day of _____, _____, by leaving the documents at the dwelling or usual place of abode of the above-named person, with some person of suitable age and discretion who resides there;

_____ (3)  **Residence Service** - on the ___ day of _____, 2021, by leaving a copy of the documents at the dwelling or usual place of abode of the above-named person and mailing to that person by first-class mail a notice that the copy has been left at the individual's dwelling or place of abode;

## EXHIBIT A

  X   (4)   **Return Receipt Delivery** - by causing to be delivered on the   **27th**   day of **September, 2022**, the documents by return receipt delivery to the above-named person at the following address:  **251 Little Falls Dr., Wilmington, DE 19808**. A copy of the return receipt evidencing delivery is attached to this Return of Service.

\_\_\_\_   (5)   **Return Receipt Delivery Refused** - by mailing on the \_\_\_\_ day of _____, 2021, the documents by first-class, postage prepaid, to the above-named person at the following address: _____.

\_\_\_\_   (6)   **Other Method of Service -**   (Describe other method of service allowed by law).

\_\_\_\_   (7)   **No Service**. The above-named person was not served for the following reason(s):

_____

Respectfully submitted,

/s/Melinda G. Young_____

Melinda G. Young, SC # 24309

**MELINDA YOUNG LAW, LLC**

1 East 30th Avenue

PO Box 1405

Hutchinson, KS 67504-1405

Office: (620) 500-5500

Fax: (620) 500-5501

melinda@melindayounglaw.com

Attorney for Plaintiff

2

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Amazon.com Inc
Corporation Service Company
251 Little Falls Dr
Wilmington, DE 19808

HH/cmj

9590 9402 6604 1028 8515 06

2. Article Number (Transfer from service label)

7021 1970 0002 1096 3255

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

EXHIBIT A

ELECTRONICALLY FILED
2022 Oct 03 AM 10:52
CLERK OF THE CLARK COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000008
PII COMPLIANT

**MELINDA YOUNG LAW, LLC**
1 East 30th Avenue
PO Box 1405
Hutchinson, KS 67504-1405
Office: (620) 500-5500
Fax: (620) 500-5501

## IN THE DISTRICT COURT OF CLARK COUNTY, KANSAS
### (Pursuant to K.S.A. Chapter 60)

| | | |
|---|---|---|
| HUGO HERNANDEZ, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2021-CV-000008 |
| | ) | |
| AMAZON.COM, INC., | ) | |
| AMAZON.COM, LLC, | ) | |
| AMAZON.COM SERVICES, INC., | ) | |
| AMAZON.COM SERVICES LLC, | ) | |
| AMAZON LOGISTICS, INC., | ) | |
| MARROSSO EXPRESS, LLC, and | ) | |
| TESFAY GEBREWAHD, | ) | |
| Defendants. | ) | |
| | ) | |

### RETURN OF SERVICE

I hereby certify that I served a copy of this summons and a copy of the petition on  **Amazon.com Inc, c/o Corporation Service Company** in the following manner:

___     (1)     **Personal Service** - on the _____ day of _____, 2021, by delivering or offering to deliver the documents to the above-named person;

___     (2)     **Residence Service** - on the _____ day of _____, _____, by leaving the documents at the dwelling or usual place of abode of the above-named person, with some person of suitable age and discretion who resides there;

___     (3)     **Residence Service** - on the ___ day of _____, 2021, by leaving a copy of the documents at the dwelling or usual place of abode of the above-named person and mailing to that person by first-class mail a notice that the copy has been left at the individual's dwelling or place of abode;

EXHIBIT A

<u>  X  </u>  (4)   **Return Receipt Delivery** - by causing to be delivered on the **  27th  ** day of **September, 2022**, the documents by return receipt delivery to the above-named person at the following address: **  251 Little Falls Dr., Wilmington, DE 19808**. A copy of the  return receipt evidencing delivery is attached to this Return of Service.

_____  (5)   **Return Receipt Delivery Refused** - by mailing on the ____ day of _____, 2021, the documents by first-class, postage prepaid, to the above-named person at the following address: _____.

_____  (6)   **Other Method of Service -**   (Describe other method of service allowed by law).

_____  (7)   **No Service**.  The above-named person was not served for the following reason(s):

_____

Respectfully submitted,

/s/Melinda G. Young_____
Melinda G. Young, SC # 24309
**MELINDA YOUNG LAW, LLC**
1 East 30th Avenue
PO Box 1405
Hutchinson, KS 67504-1405
Office: (620) 500-5500
Fax: (620) 500-5501
melinda@melindayounglaw.com
Attorney for Plaintiff

2

# EXHIBIT A

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Amazon.com LLC**
**Corporation Service Company**
**251 Little Falls Dr**
**Wilmington, DE 19808**

9590 9402 6604 1028 8515 13

7021 1970 0002 1096 3262

PS Form 3811, July 2020 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

MARSHALLTON BRANCH   SEP 27 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# EXHIBIT A

ELECTRONICALLY FILED
2022 Oct 05 PM 4:59
CLERK OF THE CLARK COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000008
PII COMPLIANT

Hugo Hernandez

vs.

Tesfay A Gebrewahd, et al. et. al.

**ALIAS SUMMONS**

To the above-named Defendant/Respondent:

**Marrosso Express LLC**

**c/o Hinkle Law Firm, LLC**

**1617 N Waterfront Parkway, Suite 400**

**Wichita, KS  67206**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Melinda Young

1 E 30th Avenue

PO Box 1405

Hutchinson, KS 67504-1405

within 21 days after service of summons on you.



Clerk of the District Court

Electronically signed  on 10/06/2022 07:20:29 AM

**Documents to be served with the Summons:**

PLE: Amended Petition First Amended Petition

# EXHIBIT A

ELECTRONICALLY FILED
2022 Oct 05 PM 4:59
CLERK OF THE CLARK COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000008
PII COMPLIANT

Hugo Hernandez

vs.

Tesfay A Gebrewahd, et al. et. al.

**ALIAS SUMMONS**


To the above-named Defendant/Respondent:

> **Tesfay A Gebrewahd**
>
> **c/o Hinkle Law Firm LLC**
>
> **1617 N Waterfront Parkway, Suite 400**
>
> **Wichita, KS  67206**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Melinda Young
>
> 1 E 30th Avenue
>
> PO Box 1405
>
> Hutchinson, KS 67504-1405

within 21 days after service of summons on you.



Clerk of the District Court

Electronically signed  on 10/06/2022 07:20:29 AM


**Documents to be served with the Summons:**

PLE: Amended Petition First Amended Petition


# EXHIBIT A

ELECTRONICALLY FILED
2022 Oct 11 PM 4:03
CLERK OF THE CLARK COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000008
PII COMPLIANT

**HINKLE LAW FIRM LLC**
1617 North Waterfront Parkway, Suite 400
Wichita, Kansas 67206
(316) 267-2000

IN THE SIXTEENTH JUDICIAL DISTRICT
DISTRICT COURT OF CLARK COUNTY, KANSAS
CIVIL DIVISION

| | |
|---|---|
| HUGO HERNANDEZ,<br><br>                      Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM,<br>LLC, AMAZON.COM SERVICES, INC.,<br>AMAZON.COM SERVICES LLC, AMAZON<br>LOGISTICS, INC., MARROSSO EXPRESS,<br>LLC, and TESFAY GEBREWAHD,<br><br>                      Defendants. | Case No.  2021-CV-000008 |

Pursuant to K.S.A. Chapter 60

## ENTRY OF APPEARANCE

COME NOW Paul J. Skolaut and Rebecca E. Bergkamp of Hinkle Law Firm LLC and enter their appearance as counsel on behalf of the defendants, Marrosso Express, LLC and Tesfay Gebrewahd.

Dated this the 11th day of October, 2022.

Respectfully submitted,

HINKLE LAW FIRM LLC
1617 N. Waterfront Parkway, Suite 400
Wichita, Kansas  67206-6639
TEL: (316) 267-2000/ FAX: (316) 264-1518

/s/ Rebecca E. Bergkamp
Rebecca E. Bergkamp, #28239
rbergkamp@hinklaw.com
Paul J. Skolaut, #22143
jskolaut@hinklaw.com
**Attorneys for Defendants
Marrosso Express, LLC and
Tesfay Gebrewahd**

EXHIBIT A

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 11, 2022, a true and correct copy of the

above and foregoing **Entry of Appearance** was filed with the Clerk of the Court using the eFiling

system, which will send a notice of electronic filing to the following:

Melinda G. Young, #24309
melinda@melindayounglaw.com
MELINDA YOUNG LAW, LLC
1 East 30th Avenue
P.O. Box 1405
Hutchinson, KS 67504-1405
TEL: 620-500-5500
FAX: 620-500-5501
**Attorney for Plaintiff**

/s/ Rebecca E. Bergkamp
Rebecca E. Bergkamp, #28239

# EXHIBIT A

ELECTRONICALLY FILED
2022 Oct 13 AM 11:31
CLERK OF THE CLARK COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000008
PII COMPLIANT

**MELINDA YOUNG LAW, LLC**
1 East 30th Avenue
PO Box 1405
Hutchinson, KS 67504-1405
Office: (620) 500-5500
Fax: (620) 500-5501

### IN THE DISTRICT COURT OF CLARK COUNTY, KANSAS
### (Pursuant to K.S.A. Chapter 60)

| | |
|---|---|
| HUGO HERNANDEZ,                              ) | |
|         Plaintiff,               ) | |
|                    ) | |
| vs.                                          ) | Case No. 2021-CV-000008 |
|                    ) | |
| AMAZON.COM, INC.,                            ) | |
| AMAZON.COM, LLC,                             ) | |
| AMAZON.COM SERVICES, INC.,                   ) | |
| AMAZON.COM SERVICES LLC,                     ) | |
| AMAZON LOGISTICS, INC.,                      ) | |
| MARROSSO EXPRESS, LLC, and                   ) | |
| TESFAY GEBREWAHD,                            ) | |
|         Defendants.              ) | |
| _____) | |

### RETURN OF SERVICE

I hereby certify that I served a copy of this summons and a copy of the petition on **Tesfay A Gebrewahd c/o Hinkle Law Firm, LLC** in the following manner:

____ (1) **Personal Service** - on the _____ day of _____, 2021, by delivering or offering to deliver the documents to the above-named person;

____ (2) **Residence Service** - on the _____ day of _____, _____, by leaving the documents at the dwelling or usual place of abode of the above-named person, with some person of suitable age and discretion who resides there;

____ (3) **Residence Service** - on the ___ day of _____, 2021, by leaving a copy of the documents at the dwelling or usual place of abode of the above-named person and mailing to that person by first-class mail a notice that the copy has been left at the individual's dwelling or place of abode;

## EXHIBIT A

_X_   (4)   **Return Receipt Delivery** - by causing to be delivered on the  **11th**   day of  **October, 2022**, the documents by return receipt delivery to the above-named person at the following address:  **1617 N. Waterfront Parkway, Suite 400, Wichita, Kansas 67206**. A copy of the   return receipt evidencing delivery is attached to this Return of Service.

_____   (5)   **Return Receipt Delivery Refused** - by mailing on the _____ day of _____, 2021, the documents by first-class, postage prepaid, to the above-named person at the following address: _____.

_____   (6)   **Other Method of Service -**   (Describe other method of service allowed by law).

_____   (7)   **No Service**.  The above-named person was not served for the following reason(s): _____

Respectfully submitted,

/s/Melinda G. Young_____
Melinda G. Young, SC # 24309
**MELINDA YOUNG LAW, LLC**
1 East 30th Avenue
PO Box 1405
Hutchinson, KS 67504-1405
Office: (620) 500-5500
Fax: (620) 500-5501
melinda@melindayounglaw.com
Attorney for Plaintiff

2

# EXHIBIT A

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Reilly Virden_   ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery<br>Reilly Virden   10/11/2022 |
| 1. Article Addressed to:<br><br>**Tesfay A Gebrewahd**<br>**c/o Hinkle Law Firm LLC**<br>**1617 N Waterfront Parkway, Suite 400**<br>**Wichita, KS 67206** | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6604 1028 8515 68 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ____ Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7021 1970 0002 1096 3187 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

EXHIBIT A

ELECTRONICALLY FILED
2022 Oct 13 AM 11:31
CLERK OF THE CLARK COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000008
PII COMPLIANT

**MELINDA YOUNG LAW, LLC**
1 East 30th Avenue
PO Box 1405
Hutchinson, KS 67504-1405
Office: (620) 500-5500
Fax: (620) 500-5501

**IN THE DISTRICT COURT OF CLARK COUNTY, KANSAS**
**(Pursuant to K.S.A. Chapter 60)**

| | |
|---|---|
| HUGO HERNANDEZ, )<br>       Plaintiff, )<br>)<br>vs. )<br>)<br>AMAZON.COM, INC., )<br>AMAZON.COM, LLC, )<br>AMAZON.COM SERVICES, INC., )<br>AMAZON.COM SERVICES LLC, )<br>AMAZON LOGISTICS, INC., )<br>MARROSSO EXPRESS, LLC, and )<br>TESFAY GEBREWAHD, )<br>       Defendants. )<br>_____ ) | Case No. 2021-CV-000008 |

**RETURN OF SERVICE**

I hereby certify that I served a copy of this summons and a copy of the petition on **Marrosso Express LLC c/o Hinkle Law Firm, LLC** in the following manner:

___   (1)   **Personal Service** - on the _____ day of _____, 2021, by delivering or offering to deliver the documents to the above-named person;

___   (2)   **Residence Service** - on the _____ day of _____, _____, by leaving the documents at the dwelling or usual place of abode of the above-named person, with some person of suitable age and discretion who resides there;

___   (3)   **Residence Service** - on the ___ day of _____, 2021, by leaving a copy of the documents at the dwelling or usual place of abode of the above-named person and mailing to that person by first-class mail a notice that the copy has been left at the individual's dwelling or place of abode;

EXHIBIT A

___X___ (4)   **Return Receipt Delivery** - by causing to be delivered on the __**11th**__ day of __**October, 2022**__, the documents by return receipt delivery to the above-named person at the following address: __**1617 N. Waterfront Parkway, Suite 400, Wichita, Kansas 67206**__. A copy of the   return receipt evidencing delivery is attached to this Return of Service.

_____ (5)   **Return Receipt Delivery Refused** - by mailing on the ____ day of _____, 2021, the documents by first-class, postage prepaid, to the above-named person at the following address: _____.

_____ (6)   **Other Method of Service -** __(Describe other method of service allowed by law).__

_____ (7)   **No Service**.  The above-named person was not served for the following reason(s): _____


Respectfully submitted,


/s/Melinda G. Young_____
Melinda G. Young, SC # 24309
**MELINDA YOUNG LAW, LLC**
1 East 30th Avenue
PO Box 1405
Hutchinson, KS 67504-1405
Office: (620) 500-5500
Fax: (620) 500-5501
melinda@melindayounglaw.com
Attorney for Plaintiff


2

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marrosso Express LLC
c/o Hinkle Law Firm, LLC
1617 N Waterfront Parkway, Suite 400
Wichita, KS 67206

9590 9402 6604 1028 8515 75

2. Article Number (Transfer from service label)

7021 1970 0002 1096 3194

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Billy Virden_    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

_Billy Virden_    10/11/2022

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

EXHIBIT A